# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Clyde R. Hoey, Jr.,

    Plaintiff(s),

vs.

Mecklenburg County Jail, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv243-1-MU

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/28/06 Order.

June 29, 2006

FRANK G. JOHNS, CLERK

BY: *Cynthia Huntley*

Cynthia Huntley, Deputy Clerk